voting may properly be suspended; and we are of opinion that decretal paragraph " (5) " of said judgment will permit action of that nature upon proper application. Judgment affirmed, without costs. Order signed and entered. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

## (March 18, 1966)

■ In the Matter of the Claim of ABRAHAM COHN, Respondent, v. AMERICAN SUGAR REFINING COMPANY OF NEW YORK, Appellant, and MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application pursuant to section 538 of the Labor Law to fix the fee and disbursements of the attorney appointed by this court to prosecute an appeal from a decision of the Unemployment Insurance Appeal Board in favor of claimant granted; and fee fixed at $150 and disbursements in the sum of $48.88 allowed, to be paid by the Industrial Commissioner. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM D. JONES, Appellant.— Motion to dismiss appeal granted. (See Code Crim. Pro., § 520.) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR JONES, Relator, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus, granted. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIMOTHY D. COOK, Relator, v. DANIEL E. DAMON, as Superintendent of Elmira Reformatory, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with CPLR article 70 and as otherwise insufficient on its face. Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR JOHN INDRIZZO, Relator, v. DANIEL E. DAMON, as Superintendent of Elmira Reformatory, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with CPLR article 70 and as otherwise insufficient on its face. Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DOE, Appellant.— Motion to inspect the minutes of the Grand Jury denied, without prejudice to its renewal upon the argument, upon 15 days' notice to respondent and the Attorney-General (see Executive Law, § 71) of intent to do so, to permit the parties and the Attorney-General to prepare adequate briefs in respect to the constitutional and other issues involved. Motion for extension of time to perfect appeal granted, and time extended to April 6, 1966. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES JOHNSON, Relator, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with CPLR article 70 and as otherwise insufficient on its face. Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.